AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

KEITH E. BERRY,

                     Plaintiff,

                                       JUDGMENT IN A CIVIL CASE

                     v.

DONNA BYRMES, MAGGIE MILLER SCOUT, BOB CASES, EARL X. WRIGHT, JEFFREY WARD, KAREN COLON, KERRY LAWRENCE, SGT ACLALA, SGT T. ORTH, SGT HENRY BROWNE, and CUS HEWSON,

CASE NUMBER: CV-13-0065-JLQ

                     Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Complaint shall be DISMISSED WITHOUT PREJUDICE.

May 28, 2013                                      SEAN F. McAVOY
*Date*                                              *Clerk*
                                                   s/ Sheila Parpolia
                                                   *(By) Deputy Clerk*
                                                   Sheila Parpolia